UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

                    Plaintiff,               CASE NO.: 4:05-CR-50059-3FL

vs.                                    HON. PAUL V. GADOLA
                                    MAG. JUDGE WALLACE CAPEL, JR.

HENRY CLAY JONES,

                    Defendant.

_____/

**ORDER OF DETENTION**
**PENDING REVOCATION  PROCEEDINGS**

       The Defendant appeared before the Court on September 12,  2006, based upon a Petition and Warrant for violation of his conditions of supervised release,  filed on August 23, 2006.

       The Defendant is charged with violation of the Standard Condition Number 7 by using cocaine during the months of June, July and August, 2006, and for testing positive for the use of cocaine on a number of occasions.

       The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on May 26, 2006.

       Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by using illegal substances on a number of occasions. Based upon the foregoing information, it appears that he has violated the terms of his supervised release.

       The Defendant has consented to detention in this matter.

       Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED:** _September 12, 2006_          **s/ Wallace Capel, Jr.** _____
                                        **WALLACE CAPEL, JR.**
                                        **United States Magistrate Judge**


## CERTIFICATE OF SERVICE

I hereby certify that on _September 12, 2006_ , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: _James C. Mitchell, AUSA, David A. Koelzer, Federal Defender Office_ , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: _United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502_

                    s/ James P. Peltier
                    James P. Peltier
                    Courtroom Deputy Clerk
                    U.S. District Court
                    600 Church St.
                    Flint, MI 48502
                    810-341-7850
                    pete__peltier@mied.uscourts.gov